[Cite as *Felton v. London Correctional Inst.*, 2011-Ohio-2834.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


ARTHUR FELTON

     Plaintiff

     v.

LONDON CORRECTIONAL INSTITUTION

     Defendant

     Case No. 2008-06211

Judge Joseph T. Clark

<u>JUDGMENT ENTRY</u>


{¶ 1} This case is sua sponte assigned to Judge Joseph T. Clark to conduct all proceedings necessary for decision in this matter.

{¶ 2} On May 11, 2011, the magistrate issued a decision recommending judgment for defendant.

{¶ 3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Stephanie D. Pestello-Sharf                    Arthur Felton
Assistant Attorney General                     123 South Huron Drive
150 East Gay Street, 18th Floor                Oxon Hill, Maryland 20745
Columbus, Ohio 43215-3130

HTS/cmd
Filed May 31, 2011
To S.C. reporter June 7, 2011